UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JOSUE DE LA ROCHA MORALES,<br><br>Petitioner,<br><br>v.<br><br>TODD LYONS, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-01269-FLA (SK)<br><br>**ORDER GRANTING IN THE ALTERNATIVE PETITIONER'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION [DKT. 2]** |

## RULING

On March 18, 2026, Petitioner Roberto Josue De la Rocha Morales ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241, challenging his immigration detention as a violation of the Due Process Clause of the Fifth Amendment, the Immigration and Nationality Act, and applicable federal regulations.  Dkt. 1.  That same day, Petitioner filed the subject Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"), requesting the court "issue an emergency [Temporary Restraining Order] and Preliminary Injunction (1) staying any removal of Petitioner pending resolution of the Habeas Corpus Petition; and (2) ordering Respondents to provide prior notice to

1

this [c]ourt of any scheduled removal, and to refrain from removing Petitioner without [c]ourt authorization." Dkt. 2 at 6.

On March 20, 2026, the court issued an Order setting a briefing schedule on the Motion, in which the court additionally ordered that Petitioner not be removed from the United States or transferred outside this District, absent further order of this court. Dkt. 7. On March 27, 2026, Respondents filed a Response to the Motion, in which Respondents did not oppose or even address the temporary restraining order and preliminary injunction requested. *See* Dkt. 8.

Accordingly, the court GRANTS the Motion and ENJOINS Respondents from removing Petitioner from the United States or transferring him outside this District during the pendency of this *habeas* action, absent further order of the court.

IT IS SO ORDERED.

Dated: May 27, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2