UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JOSUE DE LA ROCHA MORALES,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondents. | Case No. 5:26-cv-01269-FLA (SK)<br>**ORDER ACCEPTING AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 22]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed and considered Roberto Josue De la Rocha Morales' ("Petitioner," A# 246-434-552) Petition for Writ of Habeas Corpus ("Petition," Dkt. 1), Respondents' Responses to the Petition (Dkts. 6, 13), the Report and Recommendation of United States Magistrate Judge ("Report," Dkt. 22), and all relevant portions of the record. Respondents did not file objections to the Report.

The court CONCURS with, ACCEPTS, and ADOPTS the findings, conclusions, and recommendations of the Magistrate Judge, GRANTS the Petition, and ORDERS as follows:

/ / /

1) Respondents shall release Petitioner Roberto Josue De la Rocha Morales (A# 246-434-552) from custody immediately, on reasonable terms and conditions equivalent to those in effect prior to his arrest on March 4, 2026, and re-detention;

2) Respondents shall return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; and

3) Respondents shall file a statement with the court within seven (7) days of the docketing of this Order, attesting to Respondents' compliance with this Order.

IT IS SO ORDERED.

Dated: September 11, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge