JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JOSUE DE LA ROCHA MORALES,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondents. | Case No. 5:26-cv-01269-FLA (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the court ENTERS Judgment in Petitioner Roberto Josue De la Rocha Morales' (A# 246-434-552) favor and against Respondents on the Petition for Writ of Habeas Corpus (Dkt. 1).

IT IS SO ORDERED and ADJUDGED.

Dated: September 11, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge